IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SHIRLEY CAVALIER * | |
| * | |
| PLAINTIFF * | |
| VS. * | CIVIL ACTION NO. 17-260-SDD-EWD |
| * | |
| * | |
| CARRINGTON MORTGAGE SERVICES, * | |
| LLC, ET AL * | |
| DEFENDANTS * | |

**NOTICE OF SETTLEMENT FOR DEFENDANTS
EQUIFAX INFORMATION SERVICES, L.L.C. AND TRANS UNION, LLC**

NOW INTO COURT, through undersigned counsel, comes Shirley Cavalier, plaintiff herein, who notifies the court that she has settled her claims against defendants Equifax Information Services, L.L.C. and Trans Union, LLC, and requests the court enter a conditional dismissal of her claims against those defendants. The remaining defendants are Carrington Mortgage Services, LLC and Bank of America, N.A., plaintiff's claims are under the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681, *et seq.*, and the Real Estate Settlement Procedures Act, 12 U.S.C. §2601, *et seq.* ("RESPA").

          s/Garth J. Ridge
          **GARTH J. RIDGE**
          Bar Roll Number: 20589
          Attorney for Plaintiff
          251 Florida Street, Suite 301
          Baton Rouge, Louisiana 70801
          Telephone Number: (225) 343-0700
          Facsimile Number: (225) 343-7700
          E-mail: GarthRidge@aol.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 22nd day of December, 2017, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                  s/Garth J. Ridge
                                                  **GARTH J. RIDGE**
                                                  Bar Roll Number:  20589
                                                  Attorney for Plaintiff
                                                  251 Florida Street, Suite 301
                                                  Baton Rouge, Louisiana 70801
                                                  Telephone Number:  (225) 343-0700
                                                  Facsimile Number: (225) 343-7700
                                                  E-mail: GarthRidge@aol.com