IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SHIRLEY CAVALIER * | |
| * | |
| PLAINTIFF * | |
| VS. * | CIVIL ACTION NO. 17-260-SDD-EWD |
| * | |
| * | |
| CARRINGTON MORTGAGE SERVICES, * | |
| LLC, ET AL * | |
| DEFENDANTS * | |

**STIPULATION OF DISMISSAL WITH PREJUDICE
FOR EXPERIAN IN FORMATION SOLUTIONS, INC.**

TO THE HONORABLE JUDGE DICK:

Plaintiff Shirley Cavalier and Defendant Experian Information Solutions, Inc. file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

Pursuant to Fed. R. Civ. P. 41(a)(2), Shirley Cavalier, ("Plaintiff") and Experian Information Solutions, Inc. ("Experian") hereby jointly stipulate and agree that Plaintiff hereby dismisses, with prejudice, her claims against Experian in the above-styled action, with each party to bear her or its respective attorney's fees, costs and expenses, reserving plaintiff's claims against the remaining defendants, Carrington Mortgage Services, LLC and Bank of America, N.A.

                                        s/Garth J. Ridge
                                        **GARTH J. RIDGE**
                                        Bar Roll Number:  20589
                                        Attorney for Plaintiff
                                        251 Florida Street, Suite 301
                                        Baton Rouge, Louisiana 70801
                                        Telephone Number:  (225) 343-0700
                                        Facsimile Number: (225) 343-7700
                                        E-mail: GarthRidge@aol.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 6th day of February, 2018, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/Garth J. Ridge
**GARTH J. RIDGE**
Bar Roll Number: 20589
Attorney for Plaintiff
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number: (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com
