IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SHIRLEY CAVALIER | * |
| | * |
| PLAINTIFF | * |
| VS. | *   CIVIL ACTION NO. 17-260-SDD-EWD |
| | * |
| | * |
| CARRINGTON MORTGAGE SERVICES, LLC, ET AL | * |
| | * |
| DEFENDANTS | * |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Shirley Cavalier have announced to the Court that all matters in controversy against Defendant Trans Union LLC have been resolved. A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff against Defendant Trans Union LLC are in all respects dismissed with prejudice to the refiling of same with court costs to be paid by the party incurring same.

DATED this 23 day of February, 2018.

_____
HONORABLE SHELLY D. DICK
UNITED STATES DISTRICT JUDGE