IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SHIRLEY CAVALIER * | |
| * | |
| PLAINTIFF * | |
| VS. * | CIVIL ACTION NO. 17-260-SDD-EWD |
| * | |
| * | |
| CARRINGTON MORTGAGE SERVICES, * | |
| LLC, ET AL * | |
| DEFENDANTS * | |

## NOTICE OF SETTLEMENT FOR DEFENDANTS
## CARRINGTON MORTGAGE SERVICES, LLC AND BANK OF AMERICA, N.A.

NOW INTO COURT, through undersigned counsel, comes Shirley Cavalier, plaintiff herein, who notifies the court that she has settled her claims against defendants Carrington Mortgage Services, LLC and Bank of America, N.A, and requests the court enter a conditional dismissal of her claims against those defendants. There are no remaining defendants.

s/Garth J. Ridge
**GARTH J. RIDGE**
Bar Roll Number: 20589
Attorney for Plaintiff
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number: (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of April, 2018, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/Garth J. Ridge
**GARTH J. RIDGE**
Bar Roll Number: 20589
Attorney for Plaintiff
251 Florida Street, Suite 301

Baton Rouge, Louisiana 70801
Telephone Number:  (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com