# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SHIRLEY CAVALIER | CIVIL ACTION |
| VERSUS | 17-260-SDD-EWD |
| CARRINGTON MORTGAGE SERVICES, LLC, ET AL. | |

## ORDER

**CONSIDERING** the *Notice of Settlement*[1] filed by the Parties in the above captioned matter;

**IT IS HEREBY ORDERED** that the Plaintiff's claims against Defendants are DISMISSED and this matter is DISMISSED in its entirety.

**IT IS FURTHER ORDERED** that any pending motions are denied as moot.

Signed in Baton Rouge, Louisiana on <u>April 3, 2018</u>.

*Shelly D. Dick*
**JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 56.

JURY