## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

SHIRLEY CAVALIER                          *
                                          *
                    PLAINTIFF             *
VS.                                       *        CIVIL ACTION NO. 17-260-SDD-EWD
                                          *
                                          *
CARRINGTON  MORTGAGE  SERVICES,  *
LLC, ET AL                                *
                    DEFENDANTS            *

### ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Shirley Cavalier have announced to the Court that all matters in controversy against defendants Carrington Mortgage Services, LLC and Bank of America, N.A. have been resolved. A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff against defendants Carrington Mortgage Services, LLC and Bank of America, N.A. are in all respects dismissed with prejudice to the refiling of same with court costs to be paid by the party incurring same.

Baton Rouge, Louisiana, this ____9____ day of _August_, 2018 .

**HONORABLE SHELLY D. DICK**
UNITED STATES CHIEF DISTRICT JUDGE